IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**NELSON HARRIS, JR.**                                                 **PLAINTIFF**

v.                              No. 3:20-cv-361-DPM

**RATNER STEEL SUPPLY CO.**                                **DEFENDANT**

## JUDGMENT

Harris's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 March 2022 to enforce the parties' settlement.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2022